/ui/ljg/23100901/related litigation not
04/26/02/HRJ/bjw

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| TRACEY ODEM and ROBIN ODEM | § § | |
| V. | § | CASE NO. B-02-085 |
| | § | JURY |
| ALLSTATE TEXAS LLOYD'S | § | |

### NOTICE OF RELATED LITIGATION AND AFFECTED NON-PARTIES

TO THE HONORABLE JUDGE:

NOW COMES Defendant, ALLSTATE TEXAS LLOYD'S, and files this, its Notice of Related Litigation and Affected Non-Parties in this litigation:

1.  This case has been removed pursuant to 28 U.S.C. § 1446(a). Accordingly, Plaintiffs initiated this suit by filing Plaintiffs' Original Petition on March 28, 2002 in the 107th Judicial District Court, Cameron County, Texas. Otherwise, there is no related current or recent litigation applicable to this suit.

2.  Counsel for Defendant certifies that, at the time of the filing of this removal, they are not aware of any directly affected non-parties to this suit.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450

ATTORNEY FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 1st day of May, 2002:

Mr. Reynaldo Ortiz
State Bar No. 15324275
Gina Karam Millin
State Bar No. 24011072
LAW OFFICE OF REYNALDO ORTIZ, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504

_____
LARRY J. GOLDMAN