/ui/ljg/23100901/designate.mtn
04/26/02/HRJ/bjw

3

United States District Court
Southern District of Texas
FILED

MAY 0 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRACEY ODEM and ROBIN ODEM | § § | B-02-085 |
| V. | § | CASE NO. _____ |
| | § | JURY |
| ALLSTATE TEXAS LLOYD'S | § § | |

### DESIGNATION OF LARRY J. GOLDMAN AS ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

1. Defendant, ALLSTATE TEXAS LLOYD'S, designates Larry J. Goldman as attorney in charge, pursuant to Local Rule 2.

2. Larry J. Goldman will be responsible for the suit and shall be the attorney to receive all communications from the Court and from other parties.

3. Notice of this designation has been provided to all other parties, according to Federal Rule of Civil Procedure 5(d).

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450

ATTORNEY FOR DEFENDANTS
ALLSTATE TEXAS LLOYD'S

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 1st day of May, 2002:

Mr. Reynaldo Ortiz
State Bar No. 15324275
Gina Karam Millin
State Bar No. 24011072
LAW OFFICE OF REYNALDO ORTIZ, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504

_____
LARRY J. GOLDMAN