/ui/ljg/23100901/proof.svc
04/26/02/HRJ/bjw

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| TRACEY ODEM and ROBIN ODEM | § § | |
| V. | § § | CASE NO. B-02-085 |
| ALLSTATE TEXAS LLOYD'S | § § | JURY |

### CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

LARRY J. GOLDMAN certifies and declares as follows:

"I am over the age of eighteen years and not a party to this action.

"My business address is 9311 San Pedro, Suite 900, San Antonio, Texas 78216, which is located in the city, county and state where the mailing described below took place.

"On May 1, 2002, I deposited in the Federal Express overnight drop box at The Nowlin Building, a copy of the Notice to Adverse Party of Removal to Federal Court dated May 1, 2002, a copy of which is attached to this Certificate.

"I declare under penalty of perjury, that the foregoing is true and correct."

Executed on May 1, 2002.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450

ATTORNEY FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 1st day of May, 2002:

Mr. Reynaldo Ortiz
State Bar No. 15324275
Gina Karam Millin
State Bar No. 24011072
LAW OFFICE OF REYNALDO ORTIZ, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504

_____
LARRY J. GOLDMAN