/ui/ljg/23100901/entities.not
04/26/02/HRJ/bjw

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRACEY ODEM and ROBIN ODEM | § § § | |
| V. | § | CASE NO. B-02-085 |
| | § | JURY |
| ALLSTATE TEXAS LLOYD'S | § § | |

## NOTICE OF ENTITIES WITH A
## FINANCIAL INTEREST IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, ALLSTATE TEXAS LLOYD'S, and files this, its list of entities that are financially interested in this litigation:

1. Plaintiffs:
   Tracey Odem and Robin Odem

2. Attorneys:
   Mr. Reynaldo Ortiz
   State Bar No. 15324275
   Gina Karam Millin
   State Bar No. 24011072
   LAW OFFICE OF REYNALDO ORTIZ, P.C.
   1109 W. Nolana, Suite 204
   McAllen, Texas 78504

3. Defendant:
   Allstate Texas Lloyd's

4. Attorneys:
   Larry J. Goldman
   Adami Goldman & Shuffield
   The Nowlin Building
   9311 San Pedro, Suite 900
   San Antonio, Texas 78216

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
LARRY J. GOLDMAN
"Attorney in Charge"
Federal Bar No. 341
State Bar No. 08093450

ATTORNEY FOR DEFENDANTS
ALLSTATE TEXAS LLOYD'S

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure on this 1st day of May, 2002:

Mr. Reynaldo Ortiz
State Bar No. 15324275
Gina Karam Millin
State Bar No. 24011072
LAW OFFICE OF REYNALDO ORTIZ, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504

_____
LARRY J. GOLDMAN