IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| TRACEY ODEM and | § | |
| ROBIN ODEM | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-CV-085 |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | "JURY" |

### DESIGNATION OF REYNALDO ORTIZ AS ATTORNEY-IN-CHARGE

TO THE HONORABLE JUDGE OF THIS COURT:

1. Plaintiffs, Tracey Odem and Robin Odem, designate REYNALDO ORTIZ as attorney-in-charge, pursuant to Local Rule 2.

2. Reynaldo Ortiz will be responsible for the suit and shall be the attorney to receive all communications from the Court and from other parties.

3. Notice of this designation has been provided to all other parties, pursuant to Federal Rule of Civil Procedure 5(d).

Respectfully submitted,

_____
REYNALDO ORTIZ
State Bar No. 15324275
Federal ID No. 3767
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

OF COUNSEL:

**Law Office of Reynaldo Ortiz, P.C.**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing instrument has been sent by mail to all counsel of record on the 3rd day of May, 2002, as follows:

Larry J. Goldman
Adami, Goldman & Shuffield
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216

_____
REYNALDO ORTIZ w/ permission