IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| TRACEY ODEM and | § | |
| ROBIN ODEM | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-CV-085 |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | "JURY" |

### PLAINTIFFS' DEMAND FOR JURY TRIAL

Plaintiffs Tracey Odem and Robin Odem assert their rights under the Seventh Amendment to the U.S. Constitution and demand a trail by jury on all issues, in accordance with Federal Rule of Civil Procedure 38.

Respectfully submitted,

_____
REYNALDO ORTIZ   w/permission
State Bar No. 15324275
Federal ID No. 3767
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

OF COUNSEL:

**Law Office of Reynaldo Ortiz, P.C.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been sent by mail to all counsel of record on the 3rd day of May, 2002, as follows:

Larry J. Goldman
Adami, Goldman & Shuffield
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216

_Reynaldo w/ permission_
REYNALDO ORTIZ