IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 23 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TRACEY ODOM and | § | |
| ROBIN ODOM | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-CV-085 |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | "JURY" |

### ORDER COMPELLING MEDIATION

On this the 23rd day of MAY, 2002, the Court considered the
(Docket No. 10)
Plaintiffs' Unopposed Motion to Compel Mediation. After consideration of the Motion, the Court GRANTS the Motion and ORDERS that, in accordance with TEX. BUS. & COM. CODE § 17.5051, this case be mediated within thirty (30) days of the date the Court signs this order.

SIGNED on the 23rd day of MAY, 2002.

_____
U.S. DISTRICT JUDGE
MAGISTRATE