IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRACY ODOM and | § | |
| ROBIN ODOM | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-CV-085 |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | "JURY" |

United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

## PLAINTIFFS' CERTIFICATE OF WRITTEN DISCOVERY

In compliance with the Federal Rules of Civil Procedure, **Plaintiffs, Tracy Odom and Robin Odom** served the following discovery:

1. Plaintiffs' First Set of Interrogatories and Requests for Production to Defendant.

This discovery, along with a copy of this Certificate of Written Discovery, was served on the party listed below by the means of service designated as follows on _June 7_, 2002.

(via regular mail)
Larry J. Goldman
Adami, Goldman & Shuffield
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216

Respectfully submitted,

**Law Office of Reynaldo Ortiz, P.C.**
1109 West Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

REYNALDO ORTIZ
State Bar No. 15324275
Federal I.D. 3767
GINA KARAM MILLIN
State Bar No. 24011072
Federal I.D. 27725

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent to the following via ordinary mail on this the ____ day of June____, 2002:

Larry J. Goldman
Adami, Goldman & Shuffield
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216

REYNALDO ORTIZ