UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

AUG 1 5 2002

Michael N. Milby
Clerk of Court

13

TRACEY ODEM AND ROBIN ODEM
                          Plaintiff(s)          DIVISION  BROWNSVILLE
V.                                              CIVIL ACTION NO. B-02-CV-085

ALLSTATE TEXAS LLOYD'S
                          Defendant(s)

ADR METHOD:   Mediation     X      Arbitration         ___
              Mini-trial   ___     Summary Jury Trial  ___

TYPE OF CASE:   Mold Claim

1. Please check one of the following:
   The case referred to ADR settled  ✓   did not settle ___

2. My total fee and expenses were: $ 950.00.
   (If you had no fees and expenses, please indicate if the case settled before
   ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant
   to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Tracey Odem and Robin Odem, Plaintiffs
   Mr. Reynaldo Ortiz, Attorney
   LAW OFFICES OF REYNALDO ORTIZ, P.C.
   1109 W. Nolana, Ste. 204
   McAllen, Texas 78504
   (956) 687-4567 - telephone
   (956) 631-1384 - telefax

   Allstate Texas Lloyds, Defendants
   Mr. Larry J. Goldman, Attorney
   ADAMI, GOLDMAN & SHUFFIELD
   9311 San Pedro, Ste. 900
   San Antonio, Texas 78216
   (210) 344-0500 - telephone
   (210) 344-7228 - telefax

                                    ADR PROVIDER

Date:  08/13/02                     Name:      Alfred T. Denham

                                    Signature: /s/ Alfred T. Denham

SDTX-ADR-5/(Rev 6-15-93)