# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| TRACEY ODEM AND ROBIN ODEM | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-085 |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:                                                                                      ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                    **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                                        DATE AND TIME:

**SEPTEMBER 25, 2002 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 22, 2002

TO:      MR. REYNALDO ORTIZ
         MS. GINA MILLIN
         MR. LARRY GOLDMAN