h:/ljg/23100901/dismissal.stip
08/14/02/LJG/jsm

United States District Court
Southern District of Texas
ENTERED

SEP 23 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACEY ODEM and ROBIN ODEM | § § | |
| V. | § § | CASE NO. B-02-085 |
| ALLSTATE TEXAS LLOYD'S | § | JURY |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: this 23rd day of September, 2002.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED:**

LAW OFFICES OF REYNALDO ORTIZ
1109 W. Nolana, Suite 204
McAllen, Texas 78504
Telephone: (956) 687-4567
Telecopier: (956) 631-1384

By: _____
REYNALDO ORTIZ
State Bar No. 15324275
GINA KARAM MILLIN
State Bar No. 24011072

ATTORNEYS FOR PLAINTIFFS


ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228

By: _____
LARRY J. GOLDMAN
State Bar No. 08093450

ATTORNEY FOR DEFENDANT